4. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Montana
[Court enters address here]
2601 2nd Ave N.
Suite 3200
Billings MT 59101

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 12/10/19 | Date: |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: 43765 Bent Creek Terrace Leesburg VA 20176 | Address: |
| Telephone: 703-282-7125 | Telephone: |
| Email: Keith@BKFemail | Email: |

6. Notarization
STATE OF Commonwealth of Virginia
COUNTY OF City of Newport News

This Application for Unclaimed Funds, dated Dec 10 2019 was subscribed and sworn to before me this 10th day of December, 2019 by
Keith Mueller
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public [signature]
My commission expires: 09-30-2023

JACQUELINE SANCHEZ MARINO
COMMONWEALTH OF VIRGINIA
NOTARY PUBLIC
REG # 7658216

6. Notarization
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20____ by _____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____
My commission expires: _____

Form 1340      Application for Payment of Unclaimed Funds      Page 2

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Keith<br>First Name | H.<br>Middle Name | Mueller<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of Montana
(State)

Case number: 12-60041-TLM

## Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $17,422.75 |
|---|---|
| Claimant's Name: | Keith Mueller |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 43765 Bent Creek Terrace<br>Leesburg Va<br>20176 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (check the statements that apply):

☒ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.